WALLACE & TIERNAN COMPANY, INCORPORATED,
respondent,

*v.*

UNITED STATES CUTLERY COMPANY, appellant.

[Argued May term, 1925.   Decided October 19th, 1925.]

*Messrs. Edward M. & Runyon Colie,* for the appellant.

*Mr. Benjamin F. Jones,* for the respondent.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *97 N. J. Eq. 408.*

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, MCGLENNON, KAYS, JJ. 9.

*For reversal*—THE CHIEF-JUSTICE, LLOYD, VAN BUSKIRK, JJ.   3.